Abran E. Vigil
Nevada Bar No. 7548
Maria A. Gall
Nevada Bar No. 14200
Joseph P. Sakai
Nevada Bar No. 13578
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Phone: (702) 471-7000
Fax: (702) 471-7070
Email: vigila@ballardspahr.com
Email: gallm@ballardspahr.com
Email: sakaij@ballardspahr.com

*Attorneys for Defendant Zurich American Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TODD L. LEANY,<br><br>    Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>    Defendant. | CASE NO. 2:16-cv-01890-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR ZURICH AMERICAN INSURANCE COMPANY TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Defendant Zurich American Insurance Company's ("Zurich") response to Plaintiff Todd L. Leany's complaint is currently due October 17, 2016. The parties stipulate and agree that Zurich has up to and including October 18, 2016 to respond to Plaintiff's complaint in order to provide Zurich sufficient time to investigate

/ / /

/ / /

DMWEST #15010951 v1

Plaintiff's allegations.  This request is made in good faith and not for purposes of delay.

DATED: October 17, 2016

| BALLARD SPAHR LLP | ALBRIGHT, STODDARD, WARNICK & ALBRIGHT |
|---|---|
| By: /s/ Joseph Sakai<br>Abran E. Vigil<br>Nevada Bar No. 7548<br>Maria A. Gall<br>Nevada Bar No. 14200<br>Joseph Sakai<br>Nevada Bar No. 13578<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106-4617<br><br>*Attorneys for Defendant Zurich American Insurance Company* | By: /s/ William Stoddard<br>D. Chris Albright<br>Nevada Bar No. 4904<br>William H. Stoddard, Jr. Esq.<br>Nevada Bar No. 8679<br>801 South Rancho Drive, Suite D4<br>Las Vegas, Nevada 89106<br><br>*Attorneys for Plaintiff Todd L. Leany* |

IT IS SO ORDERED this 24th day of October, 2016.

_____
Peggy A. Leen
United States Magistrate Judge

2

DMWEST #15010951 v1