Abran E. Vigil, Esq.
Nevada Bar No. 7548
Maria A. Gall, Esq.
Nevada Bar No. 14200
Joseph P. Sakai, Esq.
Nevada Bar No. 13578
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Phone: (702) 471-7000
Fax:    (702) 471-7070
Email:  vigila@ballardspahr.com
Email:  gallm@ballardspahr.com
Email:  sakaij@ballardspahr.com

*Attorneys for Defendant and Counter-Claimant Zurich American Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TODD L. LEANY, <br><br> Plaintiff, <br><br> v. <br><br> ZURICH AMERICAN INSURANCE COMPANY, a New York corporation, <br><br> Defendant. | CASE NO. 2:16-cv-01890-RFB-PAL <br><br> **STIPULATION AND ORDER EXTENDING THE DISPOSITIVE MOTION BRIEFING SCHEDULE** <br><br> **(First Request)** |
| ZURICH AMERICAN INSURANCE COMPANY, <br><br> Counterclaimant, <br><br> v. <br><br> TODD L. LEANY, <br><br> Counter-Defendant. | |

Pursuant to LR IA 6-1 and LR 26-4, Defendant/Counterclaimant Zurich American Insurance Company ("Zurich") and Plaintiff/Counter-Defendant Todd L. Leany ("Leany") (collectively, the "Parties"), by and through their undersigned

counsel of record, hereby stipulate and agree to amend the briefing schedules on the Parties' respective Motions for Summary Judgment (ECF Nos. 27 and 28) as follows:

1. Leany filed his Motion for Summary Judgment (ECF No. 27) on October 9, 2017.

2. Zurich's Response to Leany's Motion for Summary Judgment is due on or before October 30, 2017.

3. Zurich filed its Motion for Summary Judgment (ECF No. 28) on October 10, 2017.

4. Leany's Response to Zurich's Motion for Summary Judgment is due on or before October 31, 2017.

5. The Parties hereby stipulate that both Leany and Zurich will have up to and until November 14, 2017 to file their respective Responses to the Motions for Summary Judgment.

6. This is the Parties' first request to extend time for these Motions.

7. The Parties agreed to this extension to accommodate the schedules of counsel and to offset necessary delays in briefing related to the Motions.

*[remainder of page intentionally left blank]*

DMWEST #17153405 v1

The Parties make this request for a brief extension of time in good faith and not for the purpose of delay.

Dated: October 24, 2017

| BALLARD SPAHR LLP | ALBRIGHT, STODDARD, WARNICK & ALBRIGHT |
|---|---|
| By: /s/ Joseph Sakai<br>Abran E. Vigil, Esq.<br>Nevada Bar No. 7548<br>Maria A. Gall, Esq.<br>Nevada Bar No. 14200<br>Joseph P. Sakai, Esq.<br>Nevada Bar No. 13578<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106 | By: /s/ Chris Albright<br>D. Chris Albright, Esq.<br>Nevada Bar No. 4904<br>William H. Stoddard, Jr., Esq.<br>Nevada Bar No. 8679<br>801 South Rancho Drive, Suite D4<br>Las Vegas, Nevada 89106 |
| *Attorneys for Zurich American Insurance Company* | *Attorneys for Todd L. Leany* |

**ORDER**

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 26th day of October, 2017.

3

DMWEST #17153405 v1