UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

Todd L. Leany,

Plaintiff,

v.

Zurich American Insurance Company,

Defendant.

Case No. 2:16-cv-01890-RFB-PAL

ORDER EXONERATING BOND

This matter is before the Court to clarify the order on mandate entered on June 4, 2020 (ECF No. 58).

Upon further review of the case, it was noted there was no directive as to the $1,730.00 supersedeas bond posted by Defendant Zurich American Insurance Company (ECF No. 49 and Receipt #55418).

It is therefore ordered that the $1,730.00 bond posted in this matter is fully exonerated. The Clerk of Court is directed to release said funds to the rightful owner.

IT IS SO ORDERED.

Dated this 31st day of August 2026.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE